435 A.2d 656

Commonwealth v. Pratt, Appellant.

Petition for Allowance of Appeal Denied Sept. 28, 1981.

Argued December 1, 1980. Michael H. Van Buskirk, for appellant; Paul S. Diamond, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a memorandum dissenting opinion.